### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                                                   Plaintiff, )<br>vs.                                             )<br>SHANNON D. BURKE, et al, )<br>                                          Defendants. ) | Case No. 18-1165-JTM-KGS |

Pursuant to Chapter 60 of K.S.A.

### MOTION FOR ORDER AND TO TERMINATE RIGHTS OF
### REDEMPTION PURSUANT TO K.S.A. § 60-2414(a) AND TO INTERVENE

**COMES NOW,** Bryan Hazen, by and through his attorney, FRANK M. OJILE, and respectfully requests the Court for an Order allowing him to intervene and to terminate Defendants' rights of redemption pursuant to K.S.A. § 60-2414(a).

In support of his motion, Bryan Hazen, would show the following:

1.      That he purchased the subject property at US Marshal's Sale on October 24, 2018;

2.      That the subject property legally described as Lot 26, Block 1, Valley Meadows 4th Addition, Valley Center, Sedgwick County, Kansas, commonly known as 1100 Meadow Road, Valley Center, Kansas is vacant.

**WHEREFORE**, Movant prays for an Order terminating the three (3) month period of redemption pursuant to K.S.A. § 60-2414(a) for an Order allowing him to intervene herein, and for such other and further relief as the Court deems just and equitable.

Respectfully submitted,

/s/ Frank M. Ojile
FRANK M. OJILE (11991),
Attorney at Law
727 N. Waco, Suite 165
Wichita, Kansas 67203
(316) 263-5267
Email: fojile@prodigy.net
Attorney for Bryan Hazen

United States District Court

Motion to Terminate Rights of Redemption

United States vs. Shannon D. Burke
Case No. 18-1165-JTM-KGS
Page - 2 -

## CERTIFICATE OF MAILING

I hereby certify that on the 16th day of November, 2018, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participant:

Brian D. Sheern
Assistant U.S. Attorney
1200 Epic Center, 301 N. Main
Wichita, KS 67202-4812

Shannon D. Burke
1710 E. Victor
Wichita, KS 67214

Tracie Livingston
241 E. Forrest Feezor Street
Vail, AZ 85641

James Livingston
241 E. Forrest Feezor Street
Vail, AZ 85641

/s/ Frank M. Ojile
FRANK M. OJILE (11991)